DREIER LLP
Ira S. Sacks
Melanie J. Sacks
499 Park Avenue
New York, NY 10022
(212) 328-6100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | | |
|---|---|---|
| CJ APPAREL GROUP, LLC | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civ. Act. No. 07-6413 (DC) |
| v. | : | |
| | : | |
| RUSSELL NEWMAN, INC., | : | **RULE 7.1 STATEMENT** |
| | : | |
| Defendant. | : | |

------------------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Plaintiff CJ Apparel Group, LLC ("CJ") certifies that Counsel Corporation is a publicly held Canadian corporation which owns, directly or indirectly, 10% or more of the stock in CJ.

Dated: New York, New York
       July 13, 2007

**DREIER LLP**

By:__Ira S. Sacks_____
    Ira S. Sacks
    Melanie J. Sacks
    499 Park Avenue
    New York, New York 10022
    (212) 328-6100

Attorneys for Plaintiff CJ Apparel Group, LLC

{00271966.DOC;}