Donald L. Kreindler (DK 5858)
dkreindler@phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
(212) 977-9700
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
CJ APPAREL GROUP, LLC,                       : **ECF CASE**
                                             :
                            Plaintiff,       : Docket No. 07 CV 6413
                                             :
              v.                             : **F.R.C.P. 7.1 STATEMENT**
                                             :
RUSSELL NEWMAN, INC.                         :
                                             :
                            Defendant.       :
-----------------------------------------------------------------x

    Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Russell-Newman, Inc. (a non-governmental party) certifies that it has **no** corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: New York, New York
       August 23, 2007

                                          PHILLIPS NIZER LLP

                                      By: _____
                                          Donald L. Kreindler
                                          Jeremy D. Richardson
                                          Attorneys for Defendant
                                          666 Fifth Avenue
                                          New York, New York 10103-0084
                                          (212) 977-9700

1016312.1

## CERTIFICATE OF SERVICE

A copy of the foregoing was served by electronic mail on August 23, 2007 upon the following:

Ira S. Sacks
isacks@dreierllp.com
Melanie J. Sacks
msacks@dreierllp.com
Dreier LLP
499 Park Avenue
New York, NY 10022
Attorneys for Plaintiff
212-328-6100

_____
Donald L. Kreindler (5858)