Donald L. Kreindler (DK 5858)
dkreindler@ phillipsnizer.com
Jeremy D. Richardson (JR 7706)
jrichardson@phillipsnizer.com
PHILLIPS NIZER LLP
666 Fifth Avenue
New York, New York 10103-0084
Phone:  (212) 977-9700
Fax:  (212) 262-5152
*Attorneys for Russell Newman, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                             :
CJ APPAREL GROUP, LLC,                                       :   **ECF CASE**
                                                             :
                                       Plaintiff,:   Docket No. 07 CV 6413
                                                             :
                v.                                           :   FILED ELECTRONICALLY
                                                             :
RUSSELL NEWMAN, INC.                                         :   **NOTICE OF APPEARANCE**
                                                             :
                                       Defendant.:
------------------------------------------------------------ x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Jeremy D. Richardson, an associate with the law firm of Phillips Nizer LLP, hereby adds his appearance to that of Donald L. Kreindler as counsel of record for defendant Russell Newman, Inc., and requests that all notices given or required to be given in the above-captioned matter and all papers served in this case be given to and served upon Donald L, Kreindler and Jeremy D. Richardson at the following addresses and telephone number:

    dkreindler@phillipsnizer.com    PHILLIPS NIZER LLP
    jrichardson@phillipsnizer.com    666 Fifth Avenue
                                                   New York, NY 10103
                                                   (212) 977-9700
                                                   Attn:  Donald L. Kreindler, Esq.
                                                                Jeremy D. Richardson, Esq.

1022732.1

Dated: New York, New York
October 26, 2007

                                          PHILLIPS NIZER LLP

                                          By  s/Jeremy D. Richardson
                                          Jeremy D. Richardson (JR 7706)
                                          666 Fifth Avenue
                                          New York, New York 10103
                                          (212) 977-9700
                                          *Attorneys for Russell Newman, Inc.*

To:    Ira S. Sacks, Esq.
        isacks@dreierllp.com
        Melanie J. Sacks, Esq.
        msacks@dreierllp.com
        Dreier LLP
        499 Park Avenue
        New York, NY 10022
        Attorneys for Plaintiff
        Tel:  212-328-6100
        *Attorneys for CJ APPAREL GROUP, LLC*

1022732.1