DREIER LLP
Ira S. Sacks
Melanie J. Sacks
499 Park Avenue
New York, NY 10022
(212) 328-6100

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
CJ APPAREL GROUP, LLC              :
                                   :
                    Plaintiff,     :
                                   :    Case No. 07 CV 6413 (DC)
        v.                         :
                                   :
RUSSELL NEWMAN, INC.,              :    **STIPULATION OF**
                                   :    **DISCONTINUANCE PURSUANT**
                    Defendant.     :    **TO FED. R. CIV. P. 41(a)**
-------------------------------------------------------------- x

**WHEREAS**, no party is an infant or an incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action; and

**WHEREAS**, the plaintiff CJ Apparel Group, LLC has raised claims in the above-captioned action, which claims have been denied by defendant Russell Newman, Inc., and

**WHEREAS**, the parties desire to resolve all claims, defenses, and matters raised by each, and

**WHEREAS**, the parties have entered into a Settlement Agreement and Release ("Settlement Agreement"), pursuant to which they desire to resolve all matters that were raised by each as against the other, and

{00372117.DOC;}

**IT IS HEREBY STIPULATED AND AGREED** by all parties through their undersigned counsel that:

The above-captioned action is hereby dismissed with prejudice and without costs to any party, except that this Court retains jurisdiction over any and all matters arising under or relating to the Settlement Agreement, including, but not limited to, matters relating to the performance, enforcement, interpretation, or breach of the Settlement Agreement.

Dated: July 16, 2008

| | |
|---|---|
| DREIER LLP | PHILLIPS NIZER LLP |
| By: Ira S. Sacks<br>Robert J. Grand<br>Melanie Sacks<br>499 Park Avenue<br>New York, NY 10022<br>(212) 328-6100<br>*Attorneys for Plaintiff*<br>*CJ Apparel, LLC* | By: Donald L. Kreindler<br>Jeremy D. Richardson<br>666 Fifth Avenue<br>New York, NY 10103-0084<br>(212) 977-9700<br>*Attorneys for Defendant*<br>*Russell Newman, Inc.* |

SO ORDERED:

_____
U.S.D.J.

7/21/08

{00372117.DOC;}